# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAUL ESPINOSA, *et al.*, | |
| Plaintiffs, | Case No. 2:12-CV-00259-KJD-GWF |
| v. | **ORDER** |
| MERIDIAS CAPITAL, INC., *et al.*, | |
| Defendants. | |

Plaintiffs' complaint was filed Feb. 17, 2012. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. On June 27, 2012, the Court ordered Plaintiff to file proof of service of the summons and complaint no later than July 27, 2012. Plaintiffs have failed to respond. Therefore, the Court dismisses Plaintiffs' complaint without prejudice for failure to serve Defendants in compliance with Rule 4(m).

DATED this 30th day of July 2012.

_____
Kent J. Dawson
United States District Judge